**This order is SIGNED.**

Dated: September 26, 2017   

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

---

Order Prepared by:
John W Christiansen (13174)
**MCKELL CHRISTIANSEN & WISE**
Attorneys for Debtors
642 Kirby Lane, STE 105
Spanish Fork, UT 84660
801-798-4656
john@mckellchristiansen.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>Adam Raymond<br>Kimberlie Raymond<br><br>Debtors | CASE NO: 15-25629<br><br>Chapter 13<br><br>Hon. William T. Thurman |
|---|---|

### ORDER ON AMENDED MOTION TO INCUR DEBT

This matter came before The Court, by way of the Debtors' amended motion to incur debt for the purchase of real property; presented by their Counsel, John Christiansen. The Court, having fully considered the issues and for good cause appearing at its premise, HEREBY ORDERS:

1) The Debtors' Motion is Granted;

2) The Debtors are be permitted to incur debt for the purchase of real property with a loan amount of up to $329,670.00 with monthly payments of up to $2,289.56, and a maximum APR of 4.750%.

3) The Uniform Residential Loan Application filed concurrently with The Motion is approved.

4) The Debtors are permitted to purchase a home with said loan consistent with the REPC attached as an exhibit to their Motion and all addenda thereto, for up to $339,965.00

5) The Debtors shall file a change of address within 14 days of closing with The Court.

6) Debtors shall provide the Trustee with all final settlement statements and closing documents within three days of receiving them.

7) Should the Trustee request that a new budget to be filed in this case based on new pay advices, the Debtors shall do so within ten days of the Trustee's request. If the Debtors fail to do so, the case may be dismissed upon a declaration of non-compliance without further notice and hearing.

8) The Debtors' delinquency of $4 shall post within 14 days of the entry of this Order, or the case shall be dismissed upon a declaration of non-compliance without further notice and hearing.

9) The Debtors will participate in a status review conference within 90 days of the entry of this order.

-- END OF ORDER—

DESIGNATION OF PARTIES TO BE SERVED

Service of the ORDER ON MOTION TO INCUR DEBT shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

U.S. Trustee (USTPRegion19.SK.ECF@usdoj.gov)

Chapter 13 Trustee (ecfmail@ch13ut.org)

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

All entities on the Matrix, except those designated for electronic service.

/s/ John Christiansen