**This order is SIGNED.**



*William J. Thurman*

**Dated: February 1, 2018**

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*sip*

*Order prepared and submitted by:*
Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
Email:  utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>ADAM M RAYMOND<br>KIMBERLIE L RAYMOND<br><br>Debtors. | Case No. 15-25629<br>Chapter 13<br>Hon. William T. Thurman |

**ORDER ON TRUSTEE'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**
**BASED ON INCREASED INCOME FROM STATUS REVIEW**

The Trustee filed a Motion to Modify Confirmed Plan Based on Increased Income

from Status Review.  The Notice and Opportunity for Hearing provided that if no response

to the Motion was filed, the relief requested may be granted without further steps.  The

objection deadline passed on January 16, 2018.  No objections or responses to the Motion to Modify Confirmed Plan Based on Increased Income from Status Review.

It is hereby:

**ORDERED THAT:**

1.  The Trustee's Motion to Modify is granted.

2.  The Debtors' plan payment shall increase to $1,299 commencing February 25, 2018 through the remainder of the plan and the return to nonpriority unsecured creditors shall increase to 100%.

**END OF DOCUMENT**

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be to all parties and in the manner designated below:
By Electronic Service: I certify that the parties of record in this case as identified below
are registered CM/ECF users and will be served notice of entry of the foregoing Order
through the CM/ECF system:

JOHN CHRISTIANSEN - ECF Notification

LON A. JENKINS - ECF NOTIFICATION


By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF
System, the following parties should be served notice pursuant to FRCP 5(b)


ADAM M RAYMOND
KIMBERLIE L RAYMOND
4186 DRYLAND WAY
EAGLE MOUNTAIN, UT 84005